No. 81–2338.   REGAN, SECRETARY OF THE TREASURY, ET AL. *v.* TAXATION WITH REPRESENTATION OF WASHINGTON. C. A. D. C. Cir.   [Probable jurisdiction noted, *ante,* p. 819.] Motion of Disabled American Veterans et al. for leave to participate in oral argument as *amici curiae,* for divided argu-

ment, and for additional time for argument denied. Motion of American Legion et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for argument denied.